IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIKOLA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 1:20-cv-380-CFC |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| ZapGo, LTD., STEPHEN VOLLER, | ) |
| CHARLES R. RESNICK, TIM WALDER, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER FOR DEFAULT JUDGMENT

WHEREAS, Plaintiffs filed and served a Complaint on defendant ZapGo LTD in the above-captioned action;

WHEREAS, defendant ZapGo LTD failed to answer timely the Complaint;

WHEREAS, the Clerk of the Court entered a Default in Appearance; and

WHEREAS, the Court having considered plaintiff's Motion for Entry of Default Judgment and the declarations and exhibits filed in support of such motion.

IT IS HEREBY ORDERED this ＿＿ day of July ＿＿ 2021, that Plaintiffs' Motion for Entry of Default is GRANTED. Final judgement is entered in favor of Nikola Corporation and against ZapGo LTD in the amount of $2,181,507.00.

_____
United State District Judge