# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIKOLA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 1:20-cv-380-CFC |
| | ) |
| v. | ) |
| | ) |
| ZapGo, LTD., STEPHEN VOLLER, CHARLES R. RESNICK, TIM WALDER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL OF CHARLES R. RESNICK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nikola Corporation provides notice that it is dismissing Defendant Charles R. Resnick with prejudice.

Dated: August 5, 2021                                SMITH, KATZENSTEIN & JENKINS LLP

                                                     */s/ Kelly A. Green*
*Of Counsel*:                                        David A. Jenkins (#932)
                                                     Kelly A. Green (#4026)
Leo R. Beus                                          1000 West Street, Suite 1501
K. Reed Willis                                       Wilmington, Delaware 19801
BEUS GILBERT MCGRODER PLLC                           (302) 652-8400
701 North 44th Street                                daj@skjlaw.com
Phoenix, Arizona 85008                               kag@skjlaw.com
(480) 429-3000
lbeus@beusgilbert.com
rwillis@beusgilbert.com                              *Attorneys for Plaintiff Nikola Corporation*